UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>THE UPPER CRUST, LLC, et al.,[1]<br><br>Debtors.<br>——————————————————————<br>MARK G. DEGIACOMO,<br>CHAPTER 7 TRUSTEE OF THE UPPER<br>CRUST, LLC et al.,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN TOBINS and<br>STEFANY TOBINS,<br><br>Defendants. | CHAPTER 7<br>CASE NO. 12-18134-HJB<br><br><br><br>ADVERSARY PROCEEDING<br>NO. 14-01163 |

## ASSENTED TO MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT TO OCTOBER 4, 2014

Counsel to Jordan Tobins and Stefany Tobins (the "Defendants"), with the assent of

Mark G. DeGiacomo, the duly-appointed Chapter 7 trustee (the "Trustee") of the estate of The

Upper Crust, LLC et al., (the "Debtors"),  (collectively, the "Parties"), hereby moves this

honorable Court for an order extending the deadline to file a responsive pleading to the

Complaint to October 4, 2014 (the "Response Deadline").

In support of this Motion, the Defendants state as follows:

_____

[1] The other Chapter 11 cases substantively consolidated with The Upper Crust, LLC (Case No. 12-18134) are The Upper Crust - Back Bay, LLC (Case No. 12-18135), The Upper Crust-Fenway, LLC (Case No. 12-18136), The Upper Crust-Harvard Square, LLC (Case No.12-18137), The Upper Crust-Hingham, LLC (Case No.12-18138), The Upper Crust-Lexington, LLC (Case No. 12-18139), The Upper Crust-State Street, LLC (Case No. 12-18140), The Upper Crust - South End, LLC (Case No. 12-18142), The Upper Crust - Pennsylvania Avenue, LLC (Case No. 12-18143), The Upper Crust – D.C., LLC (Case No. 12-18148), The Upper Crust - Waltham, LLC (Case No. 12-18144), The Upper Crust-Watertown, LLC (Case No. 12-18145), The Upper Crust-Wellesley, LLC (Case No. 12-18146), and JJB Hanson Management, Inc. (Case No. 12-18147) (collectively, the "Debtors").

1

1.      The Response Deadline was originally scheduled for September 12, 2014.

2.      The Defendants' Counsel has advised the Trustee that he requires additional time to prepare and file a response pleading to the Complaint.

3.      The Parties have agreed to an extension of the Response Deadline to October 4, 2014.

4.      Accordingly, the Defendants respectfully request that the Response Deadline currently scheduled for September 12, 2014 be continued to October 4, 2014.

5.      Counsel to the Trustee assents to the relief requested by this Motion.

[Remainder of page intentionally left blank]

WHEREFORE, the Defendants requests that this honorable Court issue an order

extending the Response Deadline to October 4, 2014.

> JORDAN TOBINS AND STEFANY TOBINS
> By their attorneys
>
>
> __/s/ Richard Briansky__
> Richard E. Briansky, Esq. (BBO# 632709)
> rbriansky@mccarter.com
> McCarter English, LLP
> 265 Franklin Street
> Boston, MA 02110
> (617) 449-6568

ASSENTED TO:

MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE
OF THE UPPER CRUST, LLC ET Al.
By his attorneys,


__/s/ Kevin F. Yetman__
Kevin F. Yetman, Esq.  (BBO# 688631)
kyetman@murthalaw.com
Mark G. DeGiacomo, Esq. (BBO# 1181631)
mdegiacomo@murthalaw.com
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000

## CERTIFICATE OF SERVICE

I, Richard E. Briansky, hereby certify that this document was filed through the Court's
ECF System and will be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF).


*/s/ Richard E. Briansky*