UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 7 |
| THE UPPER CRUST, LLC, *et al.*,[1] ) | CASE NO. 12-18134-HJB |
| ) | |
| Debtors. ) | |
| ) | |
| MARK G. DEGIACOMO, ) | |
| CHAPTER 7 TRUSTEE OF ) | |
| THE UPPER CRUST, LLC, *et al.*, ) | ADVERSARY PROCEEDING |
| ) | NO. 14-01163-HJB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JORDAN TOBINS and ) | |
| STEFANY TOBINS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING AND ELECTRONIC SERVICE LISTS

Kevin F. Yetman, Esq., as attorney for Mark G. DeGiacomo, Chapter 7 Trustee of The Upper Crust, LLC et al, hereby gives notice of withdrawal of his appearance and respectfully requests removal from all mailing and electronic service lists in this case.

---

[1] The other Chapter 11 cases substantively consolidated with The Upper Crust, LLC (Case No. 12-18134) are The Upper Crust - Back Bay, LLC (Case No. 12-18135), The Upper Crust-Fenway, LLC (Case No. 12-18136), The Upper Crust-Harvard Square, LLC (Case No.12-18137), The Upper Crust-Hingham, LLC (Case No.12-18138), The Upper Crust-Lexington, LLC (Case No. 12-18139), The Upper Crust-State Street, LLC (Case No. 12-18140), The Upper Crust - South End, LLC (Case No. 12-18142), The Upper Crust - Pennsylvania Avenue, LLC (Case No. 12-18143), The Upper Crust – D.C., LLC (Case No. 12-18148), The Upper Crust - Waltham, LLC (Case No. 12-18144), The Upper Crust-Watertown, LLC (Case No. 12-18145), The Upper Crust-Wellesley, LLC (Case No. 12-18146), and JJB Hanson Management, Inc. (Case No. 12-18147) (collectively, the "Debtors").

7107010v1

Respectfully Submitted,

/s/ Kevin F. Yetman
Kevin F. Yetman, Esq. BBO #688631
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4114 Telephone
(617) 482-3868 Facsimile
kyetman@murthalaw.com

Dated: June 8, 2016

## CERTIFICATE OF SERVICE

I, Kevin F. Yetman, hereby certify that on the 8th day of June, 2016 a copy of the foregoing pleading was served through the Court's electronic filing system on all parties registered to receive electronic notice.

/s/ Kevin F. Yetman
Kevin F. Yetman, Esq.

7107010v1