UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**THE UPPER CRUST, LLC, et al.,**                          Chapter 7
    Debtors                                                Case No. 12-18134-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE UPPER CRUST, LLC,** et al.,
    Plaintiff,
v.                                                         Adv. P. No. 14-1163
**JORDAN TOBINS and STEFANY TOBINS**,
    Defendants

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated July 20, 2016, the Court denies the Motion for Summary Judgment filed by the Defendants; grants the Motion for Partial Summary Judgment filed by the Plaintiff, Mark G. DeGiacomo, the Chapter 7 Trustee of the estate of the Upper Crust, LLC and related entities (collectively, the "Upper Crust" or the "Debtor")[1] with respect to the Defendants' Third Affirmative Defense and

---

[1] The other Chapter 11 cases substantively consolidated with The Upper Crust, LLC (Case No. 12-18134) are The Upper Crust - Back Bay, LLC (Case No. 12-18135), The Upper Crust-Fenway, LLC (Case No. 12-18136), The Upper Crust-Harvard Square, LLC (Case No.12-18137), The Upper Crust-Hingham, LLC (Case No.12-18138), The Upper Crust-Lexington, LLC (Case No. 12-18139), The Upper Crust-State Street, LLC (Case No. 12-18140), The Upper Crust - South End, LLC (Case No. 12-18142), The Upper Crust - Pennsylvania Avenue, LLC (Case No. 12-18143), The Upper Crust – D.C., LLC (Case No. 12-18148), The Upper Crust - Waltham, LLC (Case No. 12-18144), The Upper Crust-Watertown, LLC (Case No. 12-18145), The Upper Crust-Wellesley, LLC (Case No. 12-

counterclaims set forth in their Amended Answer, Affirmative Defenses, Jury Demand and Counterclaim, and denies the Defendants' Cross-Motion for Summary Judgment."

By the Court,

*[signature: Joan N. Feeney]*

Joan N. Feeney
United States Bankruptcy Judge

Dated: July 20, 2016

---

18146), and JJB Hanson Management, Inc. (Case No. 12-18147) (collectively, the "Debtors"). The Court granted the Chapter 7 Trustee's Motion to Substantively Consolidate the Debtors' Bankruptcy Estates on April 10, 2013, approximately one month after the Debtors' Chapter 11 cases were converted to cases under Chapter 7.